IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

RAPHAEL SMITH,

Defendant.

CASE NO.: 4:20-cr-40

**O R D E R**

The Court **DENIES** Defendant Raphael Smith's Nun Pro Tunc Motion for Concurrent Sentencing/Sentencing Credit, (doc 45), and his Motion Finding in Favor of Petitioner, (doc. 46). Smith asks that the Court amend its sentencing statement in this case to order that his sentence run concurrently with sentences he received in two state cases. As the Government explained in its Response, (doc. 47), the Court already ruled on this issue at the sentencing hearing more than four years ago. (See, doc. 47, p 1.) The Court does not have the authority at this late juncture to revisit that ruling. Moreover, even if the Court did have the authority, it would not disturb its prior ruling. Nothing in Smith's pleadings caused the Court to reconsider its determination.

**SO ORDERED**, this 30th day of May, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA